UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-50033 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| TAYLOR BLOOMGREN, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Taylor Bloomgren. Beginning in 2021, and continuing through December 19, 2023, I used my cellular phone, computer, and Xbox, all connected to the internet, to play online games, including "Rec Room" and "Discord." Rec Room and Discord operate solely on the internet. While playing Rec Room, I joined a "room" called "Cat Café" and communicated with a minor female whom I knew was under the age of 18 at the time of our communications. While on Discord, I communicated with the same female minor on a Discord server the minor female created.

During my communications with the minor female, on both Rec Room and Discord, I had virtual sex with her, exchanged nude photos with her, exchanged masturbation videos with her, had phone sex with her, and had many

conversations about sex with her. I agree the minor female was under the age of 12 at the time I began communicating with her and on certain dates that she sent me sexually explicit visual depictions of herself. I agree that at all times, the minor female was under the age of 18 when I exchanged communications with her. I agree that the sexually explicit videos and images the minor female sent to me constitute child pornography, as that term is defined in 18 U.S.C. § 2256(8).

By way of example, on my Samsung cellular phone, a forensic examiner located a fifty-six second video of the minor female. In the video, the camera shows a closeup view of her bare vaginal/labial region and her fingers touching her vaginal/labial region. The video then shows the minor's face. The minor laughs and says "Hi! Hello!"

I further stipulate and agree that the following property was used in the commission of the offense described above:

(1) One Xbox One with serial number 016555645148 and power cord;

(2) One Xbox One S with serial number 218445463648 and power cord;

(3) One LG cellular phone with serial number 611CYAS581376;

(4) One LG cellular phone with serial number 912VTFW2030267;

(5) One Samsung cellular phone with article number R5CR60FZ96T; and

(6) One iPhone cellular phone with unknown serial number.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the

requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

_10/22/2024_
Date

/s/ Heather Knox
HEATHER KNOX
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Heather.Knox@usdoj.gov

_10·16·24_
Date

Taylor Bloomgren
TAYLOR BLOOMGREN
Defendant

_10·16·24_
Date

/s/ Jennifer Albertson
JENNIFER ALBERTSON
Attorney for Defendant